C. A. No. 76-21. STATE *v.* ROBERT G. COLE. Motion of the Public Defender to withdraw as counsel for the defendant is granted. Gerard M. DeCelles is appointed to represent the defendant. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Gerard M. DeCelles,* for defendant.

Appeal No. 75-221. JAMES FOX *et al. v.* VINCENT IZZO, *in his capacity as Treasurer of the City of Providence et al.* Motion of plaintiffs to affirm the judgment below pursuant to Rule 16(g) is denied, without prejudice, The plaintiffs' motion to deny the defendant's appeal is granted unless the defendant files his brief by July 12, 1976. If said brief is not filed, no further action on the part of the plaintiffs to dismiss this appeal will be necessary. Bevilacqua, C. J., not participating. *Anthony DeSimone,* for plaintiffs, *Louis A. Mascia,* City Solicitor, *Stephen T. Napolitano,* Deputy City Solicitor, for defendants.

Appeal No. 76-18. CORRADO CORSE *v.* THE STOP & SHOP COMPANIES, INC. Motion of the defendant to affirm the judgment below pursuant to Rule 16(g) is granted. *Gunning, LaFazia & Gnys, Inc., Raymond A. LaFazia, Clinton L. Poole,* for plaintiff. *Swan, Keeney, Jenckes & Asquith, Harry W. Asquith, Edward W. Moses,* for defendant.